UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KAYSON PEARSON, | **NOTICE OF MOTION** |
| Plaintiff, | |
| -against- | 9:20-cv-1175 |
| ANTHONY J. ANNUCCI, *et al.,* | (TJM/TWD) |
| Defendants. | |

---

PLEASE TAKE NOTICE that upon the Memorandum of Law on behalf of Defendants Anthony Annucci, Dr. John Morley, James O'Gorman, Dr. Carl Koenigsmann, Joseph Bellnier, John Colvin, Matthew Thoms, Stewart T. Eckert, and Donald Venettozzi (collectively referred to as "the Answering Defendants" or "Defendants"), plaintiff's First Amended Complaint (Dkt. No. 23), and upon all prior pleadings and proceedings herein, Defendants, on a date and time to be determined by the Court, on submission of the papers, will make a motion at the United States District Court, Northern District of New York, Binghamton, New York, pursuant to Federal Rule of Civil Procedure 12 (b)(6) for an order dismissing plaintiff's First Amended Complaint in its entirety, together with such other or further relief as may be just.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7.1 of the Local Rules of Practice of the United States District Court for the Northern District of New York, any papers to be submitted in opposition to the within motion must be filed with the Court and served upon counsel for Defendants no later than twenty-one (21) days after today's date.

Dated: Albany, New York
         March 24, 2021

                                        LETITIA JAMES
                                        Attorney General of the State of New York
                                        Attorney for Defendants Anthony Annucci,

        Dr. John Morley, James O'Gorman, Dr. Carl Koenigsmann, Joseph Bellnier, John Colvin, Matthew Thoms, Stewart T. Eckert, and Donald Venettozzi
The Capitol, Albany, New York

By: *Denise P. Buckley*
Denise P. Buckley,
Assistant Attorney General, of Counsel,
Bar Roll No. 519278;
Telephone: (518) 776-2294,
e-mail (not for service of papers):
denise.buckley@ag.ny.gov

To (via CM/ECF):   James D. Arden, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6099